UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 22-13936-BKC-RAM

IN RE:
MONICA PALMER,
        DEBTOR(S).
_____/

**TRUSTEE'S NOTICE OF NON-COMPLIANCE**

    Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

    1. At the Confirmation Hearing held on August 23, 2022, the debtor(s) agreed to become current with $6,084.02 by five o'clock in the afternoon.

    2. As of August 29, 2022, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on August 5, 2022, in the amount of $2,108.00.

    3. Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

    I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on August 29, 2022.

                                        /s_____
                                        NANCY K. NEIDICH, ESQUIRE
                                        STANDING CHAPTER 13 TRUSTEE
                                        P.O. BOX 279806
                                        MIRAMAR, FL 33027
                                        (954) 443-4402

COPIES FURNISHED TO:

Monica Palmer
8635 N Miami Ave
Miami, FL 33150

JOSE SABATIER, ESQUIRE (ECF)